# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PLATINUM UNDERWRITERS BERMUDA, LTD.,** : | |
| Petitioner, : | |
| : | |
| v. : | Misc. No. 12-70 |
| : | |
| **EXCALIBUR REINSUREANCE CORP. (f/k/a PMA CAPITAL INSURANCE CO.),** : | |
| Respondent. : | |

## ORDER

**AND NOW**, this 15th day of July, 2013, it is hereby **ORDERED** that the February 14, 2012 Arbitration Award is **CONFIRMED**. The Clerk shall mark this case **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.